UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | |
| v. | |
| Girogi Lomishvili, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/19

Order of Restitution

17 Cr. 350 (KBF)

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Andrew C. Adams, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts Two and Six of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Girogi Lomishvili, the Defendant, shall pay restitution in the total amount of $212,262.38 to the victim of the offense charged in Count One. The name, address, and specific amounts owed to the victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.**  The defendant's liability for restitution shall be joint and several with that of any other defendant convicted in the above-captioned case for whom an order of restitution is entered at any time hereafter. The defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the defendant and/or any co-defendant in this matter.

09.10.2013

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

July 24, 2019

_Loretta A. Presley_
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | **Order of Restitution** |
| v. | **17 Cr. 350 (LAP)** |
| Giorgi Lomishvili, | |
| Defendant. | |

| Name | Address | Attributed Loss Amount |
|------|---------|------------------------|
| Colosseum Athletics Corp | 2400 S. Wilmington Ave, Compton, CA 90220 | $191,727.47 |
| Allen Lund Company | 475 W. Broadway #1, Oviedo, FL 32765 | $20,534.91 |
| **TOTAL** | | **$212,262.38** |

09.10.2013