**Aaron M. Rubin, Esq.**
99 Wall Street Suite 1130
New York, New York 10005
Tel.: 212-725-4600
arubin@amresquire.com



December 27, 2019

*Via ECF*
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Giorgi Lomishvili, 17Cr.350 (LAP)

Dear Judge Preska,

      I am counsel for defendant, Giorgi Lomishvili, whose case concluded after his sentencing on July 24. Mr. Lomishvili is presently incarcerated in Moshannon Valley Correctional Institution and faces likely deportation.

      Mr. Lomishvili seeks the return of his passport that he initially surrendered as part of the terms of his release at the outset of this case. My understanding is that the return of his passport can facilitate his deportation proceedings.

      I have spoken with Pretrial Services Officer Kathia Bermudez who informs me that her office is in possession of Mr. Lomishvili's passport and will agree to its release upon receipt of an Order by this Court. Officer Bermudez informs me that she does not oppose Mr. Lomishvili's request for his passport. I have also contacted Assistant United States Attorney Andrew Adams who similarly informs me that he does not oppose this request.

      We therefore respectfully request that this Court 'so order' Mr. Lomishvili's request for the return of his passport directing the Pretrial Services Office to release it.

Respectfully submitted,

*Aaron M. Rubin*

Aaron M. Rubin, Esq.

cc: *(By ECF and Email)*

Andrew Adams
Assistant United States Attorney

Kathia Bermudez
Pretrial Services

SO ORDERED

*Loretta A. Preska*

Loretta A. Preska                Dec. 30, 2019
Senior U.S. District Judge